UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.O.,

                              **Plaintiff,**

          *- against –*                                            **18 CV 9852 (LMS)**

**IRVINGTON UNION FREE SCHOOL DISTRICT,**          **ORDER**

                          **Defendant.**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

The Court having been advised that all claims asserted in the above entitled action have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered by the Court."

Dated: August 7, 2020
       White Plains, New York

                                   **SO ORDERED,**

                                   Lisa Margaret Smith
                                   United States Magistrate Judge
                                   Southern District of New York

---

[1] The parties consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c).  ECF No. 18.